UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHAWN M. YOUNG,

    Plaintiff,

                                        Civil Action No. 15-10080

v.

                                        HONORABLE DENISE PAGE HOOD

CSL PLASMA, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STAY DISCOVERY
## AND MOOTING MOTION TO QUASH

Before the Court are Plaintiff's Motions to Stay Discovery and to Quash Deposition. The Court, having taken under advisement Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 34), along with other pending motions (Doc. Nos. 14, 36, 41 and 44), accordingly,

IT IS ORDERED that Plaintiff's Motion to Stay Discovery (**Doc. No. 55**) is GRANTED as to any discovery **in this case only**.

IT IS FURTHER ORDERED that Plaintiff's Motion to Quash (**Doc. No. 62**) is MOOT.

                                        S/Denise Page Hood
                                        Denise Page Hood
                                        United States District Judge

Dated: October 6, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 6, 2015, by electronic and/or ordinary mail.

                              S/LaShawn R. Saulsberry
                              Case Manager